1 RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAK, STE 438
2 BURLINGAME, CA 94941
Telephone: (415) 388-3800
3 Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
4 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DIANE R. TORNINCASA,                  ) Case No.: 2:19-cv-00551 AC
                                      )
            Plaintiff,                ) STIPULATION AND ORDER EXTENDING
                                      ) PLAINTIFF'S TIME TO FILE MOTION
     vs.                              ) FOR SUMMARY JUDGEMENT AND
                                      ) SUPPORTING MEMORANDUM.
ANDREW SAUL,                          )
                                      )
Commissioner for Social Security      )
                                      )
            Defendant

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 (30) days in which to file Plaintiff's Motion for Summary Judgment and supporting memorandum pursuant to Civil L.R. 16-1(e). The motion with supporting memorandum were due on Thursday, March 19, 2020. It is now due on Monday, April 20, 2020. All other deadlines are extended accordingly.

This is Plaintiff's first request for an extension to file the Motion for Summary Judgment and Supporting Memorandum

//

//

//

//

DATED:     March 13, 2020          Richard Zieman /es/

                                   RICHARD ZIEMAN
                                   Attorney for Plaintiff


DATED:     March 13, 2020          Carol S. Clark /es/

                                   CAROL S. CLARK,
                                   Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: March 13, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE