RICHARD P. ZIEMAN
Levenson & Zieman, PC
1860 El Camino Real, Suite 438
Burlingame, CA 94010
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8975
      Facsimile: (415) 744-0134
      E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANE R. TORNINCASA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-CV-00551-KJN<br><br>JOINT MOTION FOR REMAND AND ORDER |

After review of Plaintiff's Opening Brief, Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), determined that remand of this matter to the Commissioner was appropriate for further evaluation of medical opinion evidence. Counsel for Defendant consulted with Counsel for Plaintiff, who agreed to voluntary remand of this matter.

1  Accordingly, subject to the approval of this Court, IT IS HEREBY
2  STIPULATED, by and between Diane R. Tornincasa (Plaintiff) and Commissioner,
3  through their respective counsel of record, that this action be remanded for further
4  administrative action pursuant to section 205(g) of the Social Security Act, as amended,
5  42 U.S.C. section 405(g), sentence four.
6  On remand, the Appeals Council will remand the case to an administrative law
7  judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to offer
8  Plaintiff a new hearing and reevaluate the medical evidence, including, but not limited to,
9  all medical-source opinion evidence concerning physical and mental impairments, and
10 explain the weight given to the opinion evidence. The Appeals Council will instruct the
11 ALJ to take further action, as warranted, to complete the administrative record and
12 resolve the above issues.
13 The parties further request that the Clerk of the Court be directed to
14 enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final
15 decision of the Commissioner.

Respectfully submitted,

Dated:  June 9, 2020            /s/ *Richard P. Zieman*
                                RICHARD P. ZIEMAN
                                Attorney for Plaintiff
                                (signature authorized by email on June 9, 2020)

Dated:  June 9, 2020            McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                        By      /s/ *Carol S. Clark*
                                CAROL S. CLARK
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

# ORDER

For good cause shown, the Parties' request to remand this matter for further administrative proceedings on an open record pursuant to sentence four of 42 U.S.C. § 405(g) is GRANTED.  The Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**Dated:  June 10, 2020**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

torn.551