RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
email: zieman@ssalawca.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE R. TORNINCASA, <br>     Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br><br> Commissioner of Social Security <br><br>     Defendant | Case No.: 2:19-cv-00551 KJN <br><br> ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees (ECF No. 21), IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED AND 00/100 DOLLARS ($4,200.00).

Dated:  July 15, 2020

torn.551

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE